UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X  21-cv-05485-GHW
JESUS SOTO,

                                        Plaintiff,

            -against-

THE CITY OF NEW YORK,
NYPD COMMISSIONER DERMOT SHEA, sued in his official capacity only,
UNDER COVER # 376 OF NARCOTICS BUREAU MANHATTAN SOUTH (NBMS),
DETECTIVE JOSEPH FRANCO SHIELD # 07972, of NBMS,
DETECTIVE SEAN HAGGERTY SHIELD # 4923 of NBMS, and
DETECTIVE SEAN BROWN SHIELD # 24894 of NBMS,
sued in their capacity as individuals,

                                    Defendants.
---------------------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                                      )
COUNTY OF NEW YORK     )

Undersigned Deponent, being duly sworn deposes and says, that said deponent is not a party to this action, is over the age of eighteen years and resides in the State of New York. Deponent served the within process as follows:

PROCESS SERVED:    Summons and Complaint
PARTY SERVED:       DETECTIVE JOSEPH FRANCO SHIELD # 07972, of NBMS
LOCATION OF SERVICE:    **1 Police Plaza NY NY 10038**
PARTY ACCEPTING SERVICE:    Detective Curtis Philip
DATE OF SERVICE: 12/21/21    TIME OF SERVICE: 1:26 p.m.

An approximate description of the person served with process listed herein:

SEX: M        SKIN COLOR: Brown        HAIR: Brown        HEIGHT: 5'08-11"
WEIGHT: 160-200 lb    OTHER FEATURES: African American
Deponent further states that the within process was served in the following manner:

By delivering to and leaving with the above named person who is an agent authorized to accept service and that said person indicated DETECTIVE JOSEPH FRANCO SHIELD # 07972, of NBMS, was not in the military

Service was completed by a followup mailing of the Summons and Complaint to the address at which the service was effected without any indication said mailing was from an attorney on January 5, 2022

                                                                  _____
                                                                  Harry Lichtmacher

SWORN TO BEFORE ME THIS _____, Day of January 2022

_____
Notary Public