```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
                                                                       :

JESUS SOTO,                               :

                              Plaintiff,   :   Case 1:21-cv-05485-GHW

                -against-             :   <u>ORDER</u>

THE CITY OF NEW YORK, NYPD
COMMISSIONER DERMOT SHEA, *sued in his official capacity only*, UNDER COVER # 376 OF NARCOTICS BUREAU MANHATTAN SOUTH (NBMS), DETECTIVE JOSEPH FRANCO SHIELD # 07972, of NBMS, DETECTIVE SEAN HAGGERTY SHIELD # 4923 of NBMS, and DETECTIVE SEAN BROWN SHIELD # 24894 of NBMS, *sued in their capacity as individuals*,

                              Defendants.
------------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      For the avoidance of doubt, the initial pre-trial conference schedule for June 14, 2022 will take place via teleconference. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

      SO ORDERED.

Dated: June 13, 2022
New York, New York
                                                                  _____
                                                                  GREGORY H. WOODS
                                                              United States District Judge