USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
JESUS SOTO, :
:
Plaintiff, : Case 1:21-cv-05485-GHW
:
-against- : ORDER
:
THE CITY OF NEW YORK, NYPD :
COMMISSIONER DERMOT SHEA, *sued in his official* :
*capacity only*, UNDER COVER # 376 OF NARCOTICS :
BUREAU MANHATTAN SOUTH (NBMS), :
DETECTIVE JOSEPH FRANCO SHIELD # 07972, :
of NBMS, DETECTIVE SEAN HAGGERTY :
SHIELD # 4923 of NBMS, and :
DETECTIVE SEAN BROWN SHIELD # 24894 of :
NBMS, *sued in their capacity as individuals*, :
:
Defendants. :
:
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

By letter dated October 31, 2022, the parties have informed the Court that this case has settled. Accordingly, it is hereby ORDERED that this action be conditionally discontinued without prejudice and without costs; provided, however, that within thirty (30) days of the date of this Order, the parties may submit to the Court their own Stipulation of Settlement and Dismissal.[1] Otherwise, within such time Plaintiff may apply by letter for restoration of the action to the active calendar of this Court in the event that the settlement is not consummated. Upon such application for reinstatement, the parties shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket, and the parties shall be directed to appear before the Court, without the necessity of additional process, on a date within ten (10) days of the

---

[1] As explained in Rule 4(E) of the Court's Individual Rules of Practice in Civil Cases, the Court will not retain jurisdiction to enforce confidential settlement agreements. If the parties wish that the Court retain jurisdiction to enforce the agreement, the parties must place the terms of their settlement agreement on the public record.

application, to schedule remaining pretrial proceedings and/or dispositive motions, as appropriate. This Order shall be deemed a final discontinuance of the action with prejudice in the event that Plaintiff has not requested restoration of the case to the active calendar within such 30-day period.

    The Clerk of Court is further directed to terminate all pending motions, adjourn all remaining dates, and to close this case.

    SO ORDERED.

Dated: October 31, 2022

                                                 GREGORY H. WOODS
                                               United States District Judge